EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re: | 2010 TSPR 219 |
|---|---|
| Enmiendas al Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía | 180 DPR \_\_\_\_ |

Número del Caso: ER-2010-04

Fecha: 2 de diciembre de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

                              ER-2010-04

Enmiendas al Reglamento de la
Comisión de Reputación para
el Ejercicio de la Abogacía

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de diciembre de 2010.

Al amparo de nuestro poder inherente para regular la admisión y ejercicio de la abogacía se enmienda la Regla 1 del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, en sus apartados (a)(2) y (a)(3).

Se enmienda la Regla 1 para que disponga lo siguiente:

Regla 1. Comisión de Reputación
(a) Miembros.-

........

2) Nombramiento.- Los miembros de la Comisión serán nombrados por el Tribunal por los términos siguientes: el Presidente o la Presidenta será nombrado por un término de cinco (5) años y los seis (6) miembros asociados por términos de uno, dos, tres o cuatro años. De allí en adelante los nombramientos serán por términos de cinco (5) años cada uno. Los miembros ocuparán sus cargos hasta que sus sucesores o sucesoras sean nombrados, o mientras gocen de la confianza del Pleno del Tribunal. De ocurrir alguna

vacante, el tribunal nombrará el sucesor o la sucesora por el resto del término para el cual fue nombrada la persona que produjo la vacante.

3) Requisitos.- El Presidente o la Presidenta y por lo menos cinco (5) de los seis (6) miembros asociados de la Comisión, excepto por lo que más adelante se provee, deberán estar admitidos o admitidas a ejercer la profesión de abogado o abogada en Puerto Rico, tener por lo menos cinco (5) años de experiencia en el ejercicio de la abogacía y gozar de buena reputación. El otro miembro asociado o la otra miembro asociada podrá ser un representante o una representante del interés público, sin otros requisitos que los de ser mayor de edad y persona de buena reputación y no ser abogado o abogada.

........

Estas enmiendas entrarán en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton, la Jueza Asociada señora Fiol Matta y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo Interina